IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02097-MSK-CBS

MARCUS RICHARDSON,

    Plaintiff,

v.

DENNIS GALLAGHER, in his official capacity as Auditor, and in his individual capacity;
DAWN SULLEY, in her official capacity as Deputy Auditor, and in her individual capacity;
HEATHER DARLINGTON, in her official capacity as Internal Audit Supervisor, and in her individual capacity; and
TAMMY PHILLIPS, in her offical capacity as Agency Human Services Director, and in her individual capacity,

    Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 9th day of September, 2010.

          **BY THE COURT:**

          _____

          Marcia S. Krieger
          United States District Judge