IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02097-MSK-CBS

MARCUS RICHARDSON,

    Plaintiff,

v.

DENNIS GALLAGHER, in his official capacity as Auditor, and
in his individual capacity;
JOHN CARLSON, in his official capacity as Deputy Director of Audit Services, and
in his individual capacity;
DAWN SULLEY, in her official capacity as Deputy Auditor, and
in her individual capacity;
DENVER AUDITOR'S OFFICE, and
CITY AND COUNTY OF DENVER,
a municipal corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court on the Unopposed Plaintiff's Motion to Vacate Settlement Conference Scheduled for March 23, 2011 (*doc # 44*) filed March 8, 2011.  IT IS HEREBY ORDERED that the instant Motion is GRANTED, and the settlement conference set for March 23, 2011 is VACATED.  The parties should contact the court if and when they believe a settlement conference would be productive.

**DATED:**    March 9, 2011