IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02097-MSK-CBS

MARCUS RICHARDSON,

    Plaintiff,

v.

DENNIS GALLAGHER, in his official capacity as Auditor, and
in his individual capacity;
JOHN CARLSON, in his official capacity as Deputy Director of Audit Services, and
in his individual capacity;
DAWN SULLEY, in her official capacity as Deputy Auditor, and
in her individual capacity;
DENVER AUDITOR'S OFFICE, and
CITY AND COUNTY OF DENVER,
a municipal corporation,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    THIS MATTER IS before the court on Defendants' Unopposed Motion to Amend Scheduling Order and Extend Discovery and Dispositive Motion Deadlines (*doc # 49*) filed April 8, 2011.  IT IS HEREBY ORDERED that the instant Motion is GRANTED, and the discovery and dispositive motion deadlines set in the Scheduling Order (*doc # 30*) entered November 8, 2011 are amended to the extent set forth below:

| Discovery cut-off | June 8, 2011 |
| --- | --- |
| Dispositive motion deadline | August 1, 2011 |

    *All deadlines previously set by this court, not modified herein, remain in effect.*  **The parties are advised that no further extensions will be granted.**

**DATED:**    April 11, 2011