**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

---

Civil Action No.:  **10-cv-02097-MSK-CBS**          **FTR** - Reporter Deck - Courtroom A402
Date:  **July 11, 2011**                            **Courtroom Deputy:**  Linda Kahoe

---

MARCUS RICHARDSON,                              Anne Thomas Sulton

      Plaintiff,

      v.

DENNIS GALLAGHER, *et al.,*                      Robert A. Wolf

      Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   MOTION HEARING**
**Court in session:        1:29 p.m.**
Court calls case.  Appearances of counsel.  *Also present is Plaintiff Mr. Marcus Richardson.*

Discussion regarding the Amended Motion to Compel and for Sanctions, doc #[56], filed 6/17/2011.

**ORDERED:**    The Amended Motion to Compel and for Sanctions, doc #[56], is **GRANTED IN PART AND DENIED IN PART**.   The Motion for Sanctions is **GRANTED.** Plaintiff's counsel shall pay fees and costs incurred for filing the Amended Motion to Compel and for Sanctions within **30 DAYS** of today's date.  Defense counsel shall submit a Bill of Costs within **7 CALENDAR DAYS** of today's date.  The Motion to Compel is **DENIED without prejudice.**

Discussion regarding the Motion for Sanctions Pursuant to Fed.R.Civ.P.Rule 30(d)(2), doc #[58], filed 6/29/2011.

**ORDERED**:    Plaintiff's Response to the Motion for Sanctions Pursuant to Fed.R.Civ.P.Rule 30(d)(2), doc #[58] is due on or before **JULY 19, 2011.**  A Motion Hearing is set for **3:30 p.m. on AUGUST 9, 2011** before Magistrate Judge Craig B. Shaffer in Courtroom A-402.  Counsel are required to appear in person.

Discussion regarding extending the dispositive motion deadline.  Ms. Sulton states no objection.

**ORDERED:**     The dispositive motion deadline is extended to **SEPTEMBER 1, 2011.**  The court is not inclined to extend this deadline any further.


HEARING CONCLUDED.

**Court in recess**:        **1:43 p.m.**
Total time in court:     00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.