IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02097-MSK-CBS

MARCUS RICHARDSON,

    Plaintiff,

v.

DENNIS GALLAGHER, in his official capacity as Auditor, and in his individual capacity;
JOHN CARLSON, in his official capacity as Deputy Director of Audit Services, and in his individual capacity;
DAWN SULLEY, in her official capacity as Deputy Auditor, and in her individual capacity;
DENVER AUDITOR'S OFFICE; and
CITY AND COUNTY OF DENVER,

    Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the written Opinion and Order Granting defendants' Motion for Summary Judgment **(Doc. #117)** filed on September 24, 2012, it is

ORDERED that Final Judgment is entered in favor of the defendants and against the plaintiff on all claims, and that the case is closed.  It is further

ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 4th day October, 2012.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK


By: s/Edward P. Butler
Edward P. Butler
Deputy Clerk